**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

April 7, 2015

Hon. Tabeth Gardner
District Clerk
DeWitt County Courthouse
P. O. Box 845
Cuero, TX 77954
* DELIVERED VIA E-MAIL *

Re:       Cause No. 13-14-00668-CV
Tr.Ct.No. 10-08-21,636
Style:    Enrique Villa v. Elizabeth  Ortiz Villa

The judgment of the trial court in the above cause was DISMISSED-WANT OF JURISDICTION by this Court on the 22nd day of January, 2015.  The mandate is enclosed.

Costs of the appeal were adjudged against appellant, Enrique Villa.

Pursuant to Section 51.204(b) of the Government Code, the attorneys of record are hereby notified that any exhibits submitted to the Court by a party may be withdrawn by that party or the party's attorney of record within 30 days.  Exhibits on file with the Court will be destroyed three (3) years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   Enrique Villa
      Hon. Ashley J. Pall (DELIVERED VIA E-MAIL)